UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 14-6622 DSF (AGRx) | Date | 8/07/15 |
|---|---|---|---|
| Title | United States for the Use and Benefit of Tech Steel Construction, Inc. v. Hudson Insurance Company, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order GRANTING Defendants' Motion to Dismiss (Dkt. No. 28)

Defendants' motion to dismiss was filed on July 23, 2015 with a hearing date of August 24, 2015. Plaintiff's opposition was due on August 3, 2015. No opposition has been filed. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for August 24, 2015 is removed from the Court's calendar.

The Court deems the lack of opposition to be consent to the motion. L.R. 7-12; see also Ghazali v. Moran, 46 F.3d 52 (9th Cir. 1995); Brydges v. Lewis, 18 F.3d 651, 652 (9th Cir. 1994).

The motion to DISMISS is GRANTED.

IT IS SO ORDERED.