1

2

3

4

5

6

7

8                 **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11   UNITED STATES FOR THE USE    )    Case No.: CV 14-6622 DSF (AGRx)
     AND BENEFIT OF TECH STEEL   )

12   CONSTRUCTION, INC., a California )
     corporation,                         )

13                          )    JUDGMENT
            Plaintiff,           )

14                          )
          v.                )

15                          )
   HUDSON INSURANCE         )

16   COMPANY, HERMAN          )
   CONSTRUCTION GROUP, INC.,   )

17   and DOES 1 through 10, inclusive,   )
                         )

18           Defendants.        )
                         )

19   _____ )

20

21         The Court having granted defendants' motion to dismiss,

22   IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action

23   be dismissed without prejudice, and that defendants recover their costs of suit

24   pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

25   Dated: _8/7/15_____        _Dale S. Fischer_____

26                                       Dale S. Fischer
                                 United States District Judge

27

28